UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 9/13/2022 __
```

RAMON MARIA AQUINO,

                                        Plaintiff,                    **21-CV-10125 (SN)**

                    -against-                                         **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                                        Defendant.

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On August 16, 2022, the Commissioner filed her Cross-Motion for Judgment on the

Pleadings. ECF No. 17. Plaintiff's reply, if any, was due on September 6, 2022. As of the

issuance of this order, Plaintiff has not filed his reply. Plaintiff shall reply by no later than

September 20, 2022, or the Court will consider the matter fully briefed.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        New York, New York
              September 13, 2022