UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RAMON MARIA AQUINO,

                Plaintiff,                                      21 **CIVIL** 10125 (SN)

    -against-                                                **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order dated February 22, 2023, The Commissioner's motion is DENIED, and Aquino's motion is GRANTED. The case is remanded to the Social Security Administration for further proceedings consistent with this opinion; accordingly, this case is closed.

**Dated:** New York, New York

      February 22, 2023

                                                                     **RUBY J. KRAJICK**

                                                                       _____
                                                                         **Clerk of Court**

                           **BY:** _____

                                                                         **Deputy Clerk**